UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR5010-JLS |
| | ) | |
| Plaintiff, | ) | **ORDER AND JUDGMENT OF** |
| | ) | **DISMISSAL OF INFORMATION** |
| v. | ) | |
| | ) | |
| ALBERTO DIAZ-RODRIGUEZ (3), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Information in Case No. 11-CR-5010 be dismissed without prejudice as to Defendant ALBERTO DIAZ-RODRIGUEZ.

DATED: December 15, 2011

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge