UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11-CR-5010-JLS |
| Plaintiff, | ) | |
| | ) | **JUDGMENT AND ORDER OF** |
| v. | ) | **DISMISSAL OF INDICTMENT** |
| CIPRIANO RINCON-MARTINEZ (2), | ) | |
| Defendant. | ) | |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 11-CR-5010 against defendant CIPRIANO RINCON-MARTINEZ be dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 26, 2012

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge